In the Matter of the Accounting of SIMON N. STEIN, as Executor of LOUIS N. STEIN, Deceased, Appellant.

JULIUS BERKMAN, Respondent.

*Decedent's estate — contract — claim for medical services rendered decedent pursuant to alleged oral contract.*

*Matter of Stein*, 214 App. Div. 752, affirmed.

(Argued October 8, 1925; decided October 27, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 6, 1925, which affirmed a decree of the Monroe County Surrogate's Court allowing a claim by a physician against the estate of testator for medical services based upon an alleged oral contract whereby claimant agreed to render professional services to decedent as required and decedent agreed to pay therefor the sum of ten thousand dollars a year. It was alleged that the contract was made in 1909 and continued in force until the death of testator in 1918.

*Simon Fleischmann, Martin Clark* and *Adrian Block* for appellant.

*Eugene J. Dwyer* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of TOWNSEND PINKNEY, Appellant, *v.* LEAVITT J. HUNT et al., Composing the Firm of HUNT, HILL & BETTS, Respondents.

*Attorney and client — summary order directing attorneys to turn over books, papers and property of client denied — compensation of attorneys — lien.*

*Matter of Pinkney* v. *Hunt*, 214 App. Div. 718, affirmed.

(Argued October 8, 1925; decided October 27, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1925, which reversed an order of Special Term granting a motion for a summary order directing the

34